

Signed and Filed: March 10, 2023

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Michael W. Malter, Esq. #96533
Robert G. Harris, Esq. #124678
Julie H. Rome-Banks, Esq. #142364
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA  95050
Michael@bindermalter.com
Rob@bindermalter.com
Julie@bindermalter.com

Proposed attorneys for debtor and debtor in possession
The Counter Corte Madera LP

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>THE COUNTER CORTE MADERA LP,<br><br>　　Debtor.<br>_____<br><br>THE COUNTER CORTE MADERA LP,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>　　Defendant.<br>_____ | Case No. 22-30686<br><br>Adversary No. 23-03003<br><br>Chapter 11<br><br><br><br>**JUDGMENT ON COMPLAINT TO AVOID UNPERFECTED LIEN  (11 U.S.C. §544(a)(1))**<br><br>NO HEARING SET |

The Court has considered the Stipulation for Judgment on Complaint to Avoid Unperfected Lien (11 U.S.C. §544(a)(1)) (the "Stipulation") executed by Plaintiff THE COUNTER CORTE MADERA LP ("Plaintiff") on the one hand, and Defendant UNITED STATES SMALL BUSINESS ADMINISTRATION ("Defendant").

There being no objection, and good cause appearing therefore, the Court hereby approves the Stipulation and enters judgment as follows:

1. For purposes of the Chapter 11 Bankruptcy Proceeding, Defendant's unperfected lien on the Deposit Accounts be and hereby is avoided pursuant to 11 U.S.C. §544(a)(1);

2. For purposes of the Chapter 11 Bankruptcy Proceeding, Defendant's lien on Plaintiff's other personal property is unaffected; and
3. That each Party is to bear its own costs and fees with respect to this Adversary Proceeding.

***** END OF ORDER *****